AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Middle___ District of ___Alabama___

TERRELL JONES,

V.

US INVESTIGATIONS SERVICES,
L.P., d/b/a USIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv139 - WHA

TO: (Name and address of Defendant)

USIS Corporate Headquarters
7799 Leesburg Pike, Suite 1100 North
Falls Church, VA  22043-2413

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES D. PATTERSON
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL  36533-0969

an answer to the complaint which is herewith served upon you, within ~~30~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

2·15·06

DATE

(By) DEPUTY CLERK