**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **TERRELL JONES** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Case No: 2:06-CV-139-WHA |
| | ) |
| **U.S. INVESTIGATIONS SERVICES,** | ) |
| **L.P. d/b/a USIS** | ) |
| | ) |
|     **Defendant.** | ) |

**REPORT OF THE PARTIES' PLANNING MEETING**

1. **Rule 26(f) Meeting**: Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on March 27, 2006, by telephone conference with the following participants:

    a)     James D. Patterson
           Attorney for Plaintiff Terrell Jones

    b)     James P. Pewitt
           Attorney for Defendant U.S. Investigations
           Services, L.P. d/b/a/ USIS

2. **Pre-Discovery Disclosures**: The parties will exchange by **April 28, 2006** the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan**: The parties jointly propose to the Court the following discovery plan:

    (a)     **Topics:** Discovery will be needed on the following subjects: contents and accuracy of Plaintiff's consumer reports, any publication of such reports, chronology of events, communications between the Plaintiff and Defendant, damages, if any, as well as the defenses contained in the Defendant's answer.

(b)     **Discovery Deadline:** All discovery will be commenced in time to be completed by **January 26, 2007**.

(c)     **Interrogatories:** Maximum of **35** interrogatories, including subparts, by each party to any other party. Responses due **30** days after service.

(d)     **Requests for Admission:** Maximum of **30** requests for admission, including subparts, by each party to any other party. Responses due **30** days after service.

(e)     **Requests for Production:** Maximum of **35** requests for production, including subparts, by each party to any other party. Responses due **30** days after service.

(f)     **Depositions:** Maximum of **10** depositions by the Plaintiff and **10** depositions by the Defendant, excluding depositions by written question. Each deposition is limited to a maximum of **7** hours (excluding expert witnesses) unless extended by agreement of the parties.

(g)     **Supplementation:** Supplementation under Rule 26(e) due within **30** days of knowledge of the need to supplement but not later than **45** days before the completion of discovery.

(h)     **Expert Testimony:** Unless modified by stipulation of the parties, the disclosure of expert witnesses, including a complete report under Fed. R. Civ. P. 26(a)(2)(B), from any specially retained or employed expert are due:

> From the Plaintiff: **August 11, 2006**, and plaintiff shall make available his experts for deposition by **September 11, 2006**.
>
> From the Defendant by: **October 13, 2006**, and defendant shall make available its experts for deposition by **November 6, 2006**.

4.     **Other Items**:

(a) **Scheduling Conference:** The parties **do not** request an additional scheduling conference.

(b) **Pretrial Conference:** The parties request a pretrial conference on or after **February 26, 2007**.

(c) **Pleadings and Parties:** Plaintiff should be allowed until **May 26, 2006,** to join additional parties and **May 26, 2006,** to amend the pleadings.

Defendant should be allowed until **June 9, 2006,** to join additional parties and **June 9, 2006,** to amend the pleadings.

(d) **Dispositive Motions:** All potentially dispositive motions must be filed by **November 22, 2006**.

(e) **Settlement:** Settlement cannot be evaluated prior to the parties conducting discovery and may be enhanced by the use of mediation at a later date.

(f) **Final Lists:** Final lists of witnesses and exhibits under Rule 26(a)(3) should be due on **February 20, 2007**. Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

(g) **Trial:** The case should be ready for trial on **March 26, 2007**.

Respectfully submitted,

/s/ James P. Pewitt_____
James P. Pewitt (ASB-7642-P62J)
Johnston Barton Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: 205 458-9400
Attorney for Defendant
U.S. Investigation Services, Inc.
d/b/a USIS

/s/ James D. Patterson
James D. Patterson
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533
Telephone: 251 990-5558
Attorney for Plaintiff Terrell Jones

W0549640.DOC

4