**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA**

**TERRELL JONES**

  **Plaintiff,**

VS.                CASE NO: 2:06cv139-WHA

**US INVESTIGATIONS SERVICES, L.P.
d/b/a USIS**

  **Defendant.**

## NOTICE OF SERVICE

  Please take notice that on the 16th day of May, 2006 the following was served on counsel for all parties to these proceedings via United States Mail:

1. First Set of Interrogatories to Defendant U.S. Investigations Services
2. First Set of Request for Production to Defendant U.S. Investigations Services

            Respectfully submitted,

            s/James D. Patterson
            James D. Patterson
            *Counsel for Plaintiff*

LAW OFFICES OF EARL P. UNDERWOOD, JR.
Post Office Box 969
Mobile, AL 36533
Tel: 251-990-5558
Fax: 251-990-0626