IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

**TERRELL JONES**

    Plaintiff,

VS.

**US INVESTIGATION SERVICES, L.P.,**
**d/b/a USIS,**

    Defendant.

CASE NO: 2:06cv139-WHA

## MOTION TO AMEND COMPLAINT

**COMES NOW** the Plaintiff, TERRELL JONES, by and through the undersigned attorney, and moves this honorable court for leave to amend his complaint to correct the name of the Defendant. A proposed amended complaint is filed herewith as Exhibit "A."

**SO MOVED** on this the 22nd day of May, 2006.

_____
EARL P. UNDERWOOD, JR. (UNDEE6591)
JAMES D. PATTERSON (PATJ6485)
Attorneys for Plaintiff

Law Offices of Earl P. Underwood
21 South Section St.
Fairhope, Alabama 36533
Phone: 251-990-5558
Fax: 251-990-0626

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of May, 2006, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

James P. Pewitt
Johnston Barton Proctor & Powell
1901 Sixth Ave. North
Birmingham AL 35203-2618

_____
James D. Patterson