## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

**TERRELL JONES**

      **Plaintiff,**

**VS.**

**USIS  COMMERCIAL SERVICES, INC.**

      **Defendant.**

\*
\*
\*
\*
\*
\*

**CASE NO: 2:06cv139-WHA**

## MOTION FOR ORDER COMPELLING COMPLIANCE
## WITH PLAINTIFF'S DISCOVERY REQUESTS

Comes now the Plaintiff, Terrell Jones, by and through his attorney, James D. Patterson and moves this Court for an order compelling Defendant USIS  Commercial Services, Inc., d/b/a USIS to answer Plaintiff's First Set of Interrogatories and Request for Production served on said Defendant on May 16th, 2006, to which Defendant has failed to properly respond.  The Plaintiff has attempted to obtain meaningful discovery without court intervention as described below:

### FACTS RELEVANT TO THIS MOTION

➢ On June 13, 2006, Defendant contacted Plaintiff and requested a one-week discovery extension which Plaintiff agreed to.  Defendant summarized the agreed extension in a letter attached as Exhibit 1.

➢ On or about June 21, 2006, Defendant contacted Plaintiff by phone stating that there would be another delay in providing the discovery materials requested by the Plaintiff.  Plaintiff agreed to provide an additional two-week extension and Defendant again summarized the agreed extension in a letter, which is attached as Exhibit 2.

> Plaintiff informed Defendant by phone conversation on June 21 that no further extensions would be provided by the Plaintiff after the July 7 date and that if the materials were not produced by the agreed date, a motion to compel discovery would be filed with this court.

> As of the date of this motion, Plaintiff has received no further correspondence from the Defendant concerning the outstanding discovery.

Attorney for the movant, prior to filing this Motion, has endeavored to resolve the subject of this discovery motion by agreeing to provide additional time. As of the date of this motion, it has been 52 days since Plaintiff served the requests upon the Defendant. Defendant has had more than enough time to respond to Plaintiff's discovery requests.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order compelling Defendant to fully answer said interrogatories and request for production within a reasonable amount of time as determined by the Court or suffer appropriate sanctions.

By: _____

    JAMES D. PATTERSON (PATJ6485)

    EARL P. UNDERWOOD, JR. (UNDEE6591)

**LAW OFFICES OF EARL P. UNDERWOOD, JR**
**21 South Section St**
**PO Box 969**
**Fairhope AL 36533**
**(251) 990-5558**

October 24, 2003

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of June, 2006, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

W. Lee Elebash
James P. Pewitt
Johnston Barton Proctor & Powell
1901 Sixth Ave. North
Birmingham AL 35203-2618

James D. Patterson
Earl P. Underwood, Jr.