# JohnstonBarton

W. Lee Elebash
Direct Dial: (205) 458-9483
E-Mail Address: wle@jbpp.com

Johnston Barton Proctor & Powell LLP

2900 AmSouth/Harbert Plaza

1901 Sixth Avenue North

Birmingham, Alabama 35203

Telephone: (205) 458-9400

Fax: (205) 458-9500

**www.johnstonbarton.com**

June 13, 2006

James D. Patterson, Esq.
Law Offices of Earl P. Underwood
21 South Section Street
Fairhope, Alabama  36533

> **Re:**   *Terrell Jones v. USIS Commercial Services, Inc.*
> **(Civil Action No. 2:06CV139-WHA in the United States District Court
> for the Middle District of Alabama)**

Dear James:

I am writing to confirm your agreement to allow our client, USIS Commercial Services, Inc, a one-week extension to respond to the plaintiff's first set of interrogatories and requests for production in the above-referenced case.

I appreciate your cooperation with our request and look forward to working with you.

Sincerely,

Lee Elebash

WLE/lst
cc: James P. Pewitt

W0561332.DOC