# JohnstonBarton

W. Lee Elebash
Direct Dial: (205) 458-9483
E-Mail Address: wle@jbpp.com

Johnston Barton Proctor & Powell LLP

2900 AmSouth/Harbert Plaza

1901 Sixth Avenue North

Birmingham, Alabama 35203

Telephone: (205) 458-9400

Fax: (205) 458-9500

www.johnstonbarton.com

June 21, 2006

James D. Patterson, Esq.
Law Offices of Earl P. Underwood
21 South Section Street
Fairhope, Alabama 36533

    Re: *Terrell Jones v. USIS Commercial Services, Inc.*
         **(Civil Action No. 2:06CV139-WHA in the United States District Court for the Middle District of Alabama)**

Dear James:

    I am writing to confirm your agreement to allow our client, USIS Commercial Services, Inc. until July 7, 2006 to respond to the plaintiff's first set of interrogatories and requests for production in the above-referenced case.

    Jim and I appreciate your cooperation with our request.

                         Sincerely,

                         W. Lee Elebash

WLE/keb

cc: James P. Pewitt, Esq.

W0562309..DOC