IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRELL JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:06cv139-WHA |
| | ) |
| USIS COMMERICAL SERVS. INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the plaintiff's motion to compel (doc. # 15), it is

ORDERED that on or before July 25, 2006, the opposing party shall show cause why the motion should not be granted.

Done this 10th day of July, 2006.


　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE