# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **TERRELL JONES** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No: 2:06-CV-139-WHA** |
| | ) | |
| **USIS COMMERCIAL SERVICES,** | ) | |
| **INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

In response to the Court's order to show cause entered on July 10, 2006, Defendant, USIS Commercial Services, Inc., states that on July 24th, 2006, it served responses to Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Requests for Production.

/s/ W. Lee Elebash
James P. Pewitt (ASB-7642-P62J)
W. Lee Elebash (ASB-8933-L49E)
Attorneys for Defendant
USIS Commercial Services, Inc.

**OF COUNSEL**
**JOHNSTON BARTON**
**PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

Earl P. Underwood, Jr., Esq.
James D. Patterson, Esq.
LAW OFFICES OF EARL P. UNDERWOOD
21 South Section Street
Fairhope, Alabama  36533

Jim S. Calton, Jr., Esq.
CALTON & CALTON
226 East Broad Street
Eufaula, Alabama  36027


/s/ W. Lee Elebash
Of Counsel

W0565728.DOC