IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRELL JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv139-WHA |
| | ) |
| USIS COMMERICAL SERVS. INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the plaintiff's motion to compel (doc. # 15). On July 24, 2006, the defendant filed a response in which it indicated that it has now responded to the plaintiff's discovery requests. The plaintiff has informed the court that his motion to compel is now moot. Accordingly, it is

ORDERED that the motion to compel (doc. # 15) be and is hereby DENIED as moot.

Done this 28th day of July, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE