IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

**TERRELL JONES**             *

    **Plaintiff,**          *

VS.                           *        CASE NO: 2:06cv139-WHA

                              *

**US INVESTIGATIONS SERVICES, L.P.**
**d/b/a USIS**                *

                              *

    **Defendant.**

## MOTION TO MODIFY SCHEDULING ORDER

**NOW COMES** the Plaintiff and moves the Court for an order modifying the scheduling order in this matter. In support of this motion, Plaintiff states the following:

1. Under the Court's original Scheduling Order, plaintiff was required to disclose the identity of any person who may be used at trial to present evidence and provide the reports of retained experts. *See* Scheduling Order, Section 8 [doc. 7].

2. Plaintiff has complied with Section 8 to the extent of disclosing persons he may use at trial to present evidence and his expert.

3. However, Plaintiff is unable to provide an export report as required by Section 8 of the scheduling order or Rule 26(a)(2).

4. Plaintiff served discovery requests upon the Defendant on May 16, 2006.

5. Plaintiff was only recently served with discovery responses from the Defendant on July 24, 2006.

6. After a review of the discovery responses, Plaintiff has just recently served a notice on August 9, 2006 requesting a 30(b)6 Deposition of the Defendant.

7. Plaintiff simply does not have enough discovery from the Defendant at this point

to submit to his expert for a complete report.

8. At this time, Plaintiff anticipates taking further depositions in this matter.

9. With the current scheduling order in place, the parties will be able to complete discovery within the time allowed.

10. Plaintiff does not anticipate seeking any additional modifications and has no need to move the current trial date.

**WHEREFORE**, Plaintiff moves the Court for an order allowing the Plaintiff a 60 day extension to submit his export report.

Respectfully submitted,

_____
JAMES D PATTERSON        (PATJ6485)
Attorney for Plaintiff

LAW OFFICES OF EARL P. UNDERWOOD, JR
**21 South Section Street**
**PO Box 969**
**Fairhope AL 36533**
**(251) 990-5558**

### CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

W. Lee Elebash
James P. Pewitt
Johnston Barton Proctor & Powell
1901 Sixth Ave. North
Birmingham AL 35203-2618

Jim Calton
225 East Broad St.
Eufaula AL 36027

_____
JAMES D. PATTERSON