IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRELL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv139-WHA |
| ) | |
| US INVESTIGATIONS SERVICES, ) | |
| L.P., etc., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Plaintiff's Motion to Modify Scheduling Order (Doc. #19), filed on August 12, 2006, it is

ORDERED that the Defendant shall show cause, if any there be, **on or before August 21**, **2006** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 14th day of August, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE