**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **TERRELL JONES** )  | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| v. ) | Case No: 2:06-CV-139-WHA |
| ) | |
| **USIS COMMERCIAL SERVICES,** ) | |
| **INC.** ) | |
| ) | |
|    **Defendant.** ) | |

**RESPONSE TO MOTION TO MODIFY SCHEDULING ORDER**

Defendant, USIS Commercial Services, Inc. (hereinafter "USIS") responds to the Plaintiff's Motion to Modify Scheduling Order as follows:

1.    The Court's Uniform Scheduling Order entered on March 29, 2006 requires the Plaintiff to provide the information described in Section 8 of that Order, including reports of retained experts, on or before August 11, 2006. The Order requires USIS to do the same on or before October 13, 2006.

2.    USIS does not oppose the Plaintiff's request for a 60-day extension of the deadline set out in Section 8 of the Uniform Scheduling Order, provided that extension applies both to Plaintiff's and to USIS's existing deadline.

/s/ James P. Pewitt
James P. Pewitt (ASB-7642-P62J)
W. Lee Elebash (ASB-8933-L49E)
Attorneys for Defendant
USIS Commercial Services, Inc.

OF COUNSEL

**JOHNSTON BARTON
PROCTOR & POWELL LLP**

2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Ph: (205) 458-9400
Fax: (205) 458-9500

## CERTIFICATE OF SERVICE

      I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Earl P. Underwood, Jr., Esq.
James D. Patterson, Esq.
LAW OFFICES OF EARL P. UNDERWOOD
21 South Section Street
Fairhope, Alabama  36533

Jim S. Calton, Jr., Esq.
CALTON & CALTON
226 East Broad Street
Eufaula, Alabama  36027

                                                          /s/James P. Pewitt
                                                          Of Counsel

W0569221.DOC