IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRELL JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv139-WHA |
| | ) |
| USIS COMMERCIAL SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Plaintiff's Motion to Modify Scheduling Order (Doc. #19) and Defendant's Response (Doc. #21), the motion is GRANTED, and it is hereby

ORDERED that Section 8 of the Uniform Scheduling Order (Doc. #7) is MODIFIED to extend the deadline for the Plaintiff's required disclosures for 60 days after August 11, 2006, and the Defendant's deadline for disclosures to 60 days after October 13, 2006. All other deadlines contained in the scheduling order, together with trial and pretrial dates, shall remain the same.

DONE this 22nd day of August, 2006.

 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE