IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

TERRELL JONES

    Plaintiff,

VS.                                                             CASE NO: 2:06cv139-WHA

US INVESTIGATIONS SERVICES, L.P.
d/b/a USIS

    Defendant.

## SECOND MOTION FOR ORDER COMPELLING COMPLIANCE WITH PLAINTIFF'S DISCOVERY REQUESTS

Comes now the Plaintiff, Terrell Jones, by and through his attorney, James D. Patterson and moves this Court for an order compelling Defendant US Investigations Services, L.P. d/b/a USIS to comply with the 30(b)6 deposition notice served on said Defendant on August 9th, 2006. The Plaintiff has attempted to obtain compliance without court intervention as described below:

### FACTS RELEVANT TO THIS MOTION

- On July 27 2006, Plaintiff contacted Defendant by email and requested several dates for the 30(b)6 deposition of USIS.
- Defendant responded the same day to Plaintiff by stating that several dates would be provided and to serve the deposition notice with the topics being sought.
- Plaintiff served his 30(b)6 Deposition notice to Defendant on August 9, 2006 setting the deposition date on September 7, 2006. (Exhibit A)
- Plaintiff assumed the date was agreeable but was notified by email from Defendant on August 29, 2006 that the September 7th date would not be available.

- Plaintiff contacted Defendant by email on August 30, 2006 seeking additional dates Defendant would be available.
- Plaintiff sent another email on September 1st, 2006 seeking deposition dates between September 7th and September 21st due to Plaintiff's Expert Report being due on October 10, 2006.
- Defendant contacted Plaintiff by email on the same day requesting the amount of depositions Plaintiff was planning on taking in this matter.
- Plaintiff responded that the 30(b)6 deposition and the depositions of the witnesses listed on Defendant's initial disclosures were being sought at that time.
- On September 5, 2006 Plaintiff sent a letter to Defendant seeking available deposition dates.
- A phone conference was held on September 8, 2006 with Defendant in which Plaintiff was assured deposition dates would be forthcoming.
- On September 11, 2006, Plaintiff was served with Defendant's responses to Plaintiff's request for Documents under Rule 30(B)(5). (Exhibit B) This request by Plaintiff was attached as Schedule A to the deposition notice served on Defendant on August 9, 2006.
- A phone conference was held on September 12, 2006 with Defendant and another discussion was held concerning available deposition dates of the Defendant. Plaintiff was again assured that dates would be forthcoming.
- Another letter was sent to Defendant seeking deposition dates of USIS on September 15, 2006.
- Plaintiff received an email from Defendant stating that counsel was working with USIS on some available dates and would "Hope to have something very soon".

> ➤ Plaintiff faxed a letter to Defendant on September 19, 2006 stating Plaintiff would file a motion to compel the Deposition of Defendant.
> ➤ As of the date of this motion, Plaintiff has received no further correspondence from the Defendant concerning the outstanding deposition request.

Attorney for the movant, prior to filing this motion, has endeavored to resolve the subject of this discovery motion by numerous emails, letters, faxes and phone calls. As of the date of this motion, it has been 42 days since Plaintiff served the deposition notice upon the Defendant. Defendant has had enough time to provide available dates and/or the deposition. Defendant has refused to designate an officer to be deposed or to provide available dates for the deposition.

Plaintiff has been persistent on having the 30(b)(6) deposition of Defendant set due to the October 10, 2006 deadline for Plaintiff's expert disclosure that was extended by the Court on August 22, 2006. [See Doc. 22.] Even if the deposition was held today, it would now be difficult for Plaintiff's expert report to be completed by the deadline set in the Court's order.

Additionally, Defendant has untimely filed its objections to Plaintiff's deposition notice. Plaintiff served upon Defendant his 30(b)6 deposition notice on August 9, 2006. Defendant filed its objections on September 11, 2006. This was 33 days after the deposition notice was served.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order compelling Defendant to designate an officer of USIS to provide the 30(b)6 deposition testimony and provide Plaintiff a time and date for said deposition as determined by the Court. Additionally, the Plaintiff seeks attorney's fees for the time and expense associated with the filing of this motion and appropriate sanctions against the Defendant.

**RESPECTFULLY**, submitted on this the 20th day of September, 2006.

By: _____
JAMES D. PATTERSON (PATJ6485)

LAW OFFICES OF EARL P. UNDERWOOD, JR
21 South Section St
PO Box 969
Fairhope AL 36533
(251) 990-5558

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of September, 2006, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

W. Lee Elebash
James P. Pewitt
Johnston Barton Proctor & Powell
1901 Sixth Ave. North
Birmingham AL 35203-2618

_____
James D. Patterson
Earl P. Underwood, Jr.