IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRELL JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv139-WHA |
| | ) |
| US INVESTIGATIONS SERVS., L.P. | ) |
| d/b/a/ USIS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the plaintiff's second motion to compel (doc. # 23), it is

ORDERED as follows:

1. That, on or before October 5, 2006, the defendant shall show cause why the motion for compel should not be granted.

2. That this matter be and is hereby set for oral argument on October 11, 2006, at 2:00 p.m. by telephone conference call. The defendant shall set up the telephone conference call.

3. That not later than 15 days from the date of this order, the parties shall **meet and confer** in a good faith effort to resolve this issue and agree on dates for taking of the FED. R. CIV. P. 30(b)(6) deposition. At argument, the court expects the parties to confirm the dates for the depositions.

Done this 21st day of September, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE