IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

TERRELL JONES

      Plaintiff,

VS.

                               CASE NO: 2:06cv139-WHA

US INVESTIGATIONS SERVICES, L.P.
d/b/a USIS

      Defendant.

## SECOND MOTION TO MODIFY SCHEDULING ORDER

**NOW COMES** the Plaintiff and moves the Court for an order modifying the scheduling order in this matter. The Defendant has no objection to this motion. In support of this motion, Plaintiff states the following:

1. Under the Court's original Scheduling Order, Plaintiff's expert report was due on August 11, 2006. *See* Scheduling Order [Doc. 7].

2. On August 11, 2006, Plaintiff filed a motion to modify the scheduling order to allow additional time for Plaintiff's expert report. [Doc. 9]

3. The Court granted Plaintiff's motion on August 22, 2006. [Doc. 22]

4. The new date for Plaintiff's expert report was set for October 10, 2006. [Doc. 22]

5. Plaintiff has just recently taken the 30(b)6 deposition of the Defendant on October 4, 2006.

6. Plaintiff has not obtained the transcript of the depositions to forward to his expert for review.

7. Plaintiff simply does not have enough discovery at this time to submit to his

expert for a complete report.

8. At this time, Plaintiff anticipates taking further depositions in this matter.

**WHEREFORE**, Plaintiff moves the Court for an order seeking a 30 day extension on all dates currently set under the current scheduling order.

Respectfully submitted,

_____
JAMES D. PATTERSON        (PATJ6485)
Attorney for Plaintiff

**LAW OFFICES OF EARL P. UNDERWOOD, JR**
21 South Section Street
PO Box 969
Fairhope AL 36533
(251) 990-5558

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of October, 2006, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

> W. Lee Elebash
> James P. Pewitt
> Johnston Barton Proctor & Powell
> 1901 Sixth Ave. North
> Birmingham AL 35203-2618

_____
James D. Patterson
Earl P. Underwood, Jr.