IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRELL JONES, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:06cv139-WHA |
| | ) |
| USIS COMMERICAL SERVS. INC., | ) |
| | ) |
|    Defendant. | ) |

## ORDER

Now pending before the court is the October 20, 2006, motion to compel (doc. # 23) filed by the plaintiff.  Oral argument was held on October 11, 2006.  At that time, the parties informed the court that the motion to compel was now moot.  Accordingly, it is

ORDERED that the motion to compel (doc. # 23) be and is hereby DENIED as moot.

Done this 11th day of October, 2006.

           /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE