# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 10/11/06 | AT | 1:59 p.m. to 2:01 p.m. |
| DATE COMPLETED: 10/11/06 | | |

TERRELL JONES

    Plaintiff

vs..

    CASE NO. 2:06CV139-WHA-CSC

USIS COMMERICAL SERVICES, INC.

    Defendant

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. James D. Patterson | | Atty. James P. Pewitt |

COURT OFFICIALS PRESENT:

**COURTROOM DEPUTY**: WANDA STINSON      **LAW CLERK**: CORRIE LONG

---

( X ) OTHER PROCEEDINGS:    *ORAL ARGUMENT RE: MOTION TO COMPEL COMPLIANCE*

# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |
|---|---|---|
| **Description** | \multicolumn{2}{l}{2:06cv139-WHA-CSC Telphone} |
| **Date** | 10/11/2006 **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 1 :59:53 PM | Court | Conference call beings; parties on line as noted above; Discussion of the motion to compel; parties have resolved the issues; |
| 2 :00:08 PM | Atty. Pewitt | Response; |
| 2 :00:16 PM | Atty. Patterson | Response; |
| 2 :00:33 PM | Court | Discussion re: motion to Compel; Will deny the motion as moot; |
| 2 :01:21 PM | Court | Conference call ends. |