IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRELL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv139-WHA |
| ) | |
| USIS COMMERCIAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case is before the court on the Second Motion to Modify Scheduling Order (Doc. #26), filed by the Plaintiff on October 10, 2006.  Counsel for the Plaintiff has advised the court that the Defendant has no objection.

The court will not extend all dates as requested, but the motion is GRANTED only to the following extent:

It is hereby ORDERED that Section 8 of the Uniform Scheduling Order (Doc. #7), as modified by the order of the court entered on August 22, 2006 (Doc. #22), is further MODIFIED to extend the deadline for Plaintiff's required disclosures to **November 9, 2006**, and Defendant's deadline for disclosures is extended to **December 11, 2006**.  No other deadlines are extended.  Plaintiff's counsel is advised to take whatever steps are necessary to comply with these deadlines.

DONE this 12th day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE