IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **TERRELL JONES** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No: 2:06-CV-139-WHA |
| | ) | |
| **USIS COMMERCIAL SERVICES, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT USIS COMMERCIAL SERVICES, INC.'S
### MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE

Defendant, USIS Commercial Services, Inc. ("USIS"), moves the Court to extend by eighteen (18) days the deadline for filing dispositive motions in this action, which is currently November 27, 2006. If approved by the Court, the new deadline would be December 15, 2006. In support of this motion, USIS would show that, on or about November 8, 2006, the Plaintiff served by mail a disclosure of expert testimony. USIS will need to depose Plaintiff's expert before filing a dispositive motion. According to Plaintiff's counsel, with the intervening Thanksgiving holiday and the expert's existing schedule, the earliest that deposition can be taken will be the week of December 4, 2006. The undersigned is authorized to represent that Plaintiff's counsel does not object to this motion.

/s/ James P. Pewitt
James P. Pewitt (ASB-7642-P62J)
W. Lee Elebash (ASB-8933-L49E)
Attorneys for Defendant
USIS Commercial Services, Inc.

**OF COUNSEL**
**JOHNSTON BARTON**
**PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of November 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

Earl P. Underwood, Jr., Esq.
James D. Patterson, Esq.
LAW OFFICES OF EARL P. UNDERWOOD
21 South Section Street
Fairhope, Alabama  36533

Jim S. Calton, Jr., Esq.
CALTON & CALTON
226 East Broad Street
Eufaula, Alabama  36027

                                              /s/ James P. Pewitt
                                              Of Counsel