IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TERRELL JONES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 2:06-CV-139-WHA |
| ) | |
| USIS COMMERCIAL SERVICES, ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT USIS COMMERCIAL SERVICES, INC.'S
MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE**

Defendant, USIS Commercial Services, Inc. ("USIS"), moves the Court to extend by eighteen (18) days the deadline for filing dispositive motions in this action, which is currently November 27, 2006. If approved by the Court, the new deadline would be December 15, 2006. In support of this motion, USIS would show that, on or about November 8, 2006, the Plaintiff served by mail a disclosure of expert testimony. USIS will need to depose Plaintiff's expert before filing a dispositive motion. According to Plaintiff's counsel, with the intervening Thanksgiving holiday and the expert's existing schedule, the earliest that deposition can be taken will be the week of December 4, 2006. The undersigned is authorized to represent that Plaintiff's counsel does not object to this motion.

/s/ James P. Pewitt
James P. Pewitt (ASB-7642-P62J)
W. Lee Elebash (ASB-8933-L49E)
Attorneys for Defendant
USIS Commercial Services, Inc.

**MOTION GRANTED**

SO ORDERED
THIS 17th DAY OF November, 2006

UNITED STATES DISTRICT JUDGE