IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TERRELL JONES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>USIS COMMERCIAL SERVICES, )<br>INC. )<br>)<br>Defendant. ) | Case No: 2:06-CV-139-WHA |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION AND JOINT MOTION FOR STAY PENDING MEDIATION

The parties have engaged in a number of face to face conferences about the possible settlement of this action. Although a settlement has not been reached, the parties have agreed that mediation would assist them in resolving the action short of trial.

The Plaintiff's claims arise under the Fair Credit Reporting Act (the "FCRA"). The FCRA contains a provision that permits the recovery of attorney's fees by a consumer in the event of a successful action or by a defendant, under some circumstances, in the event of an unsuccessful pleading, motion, or other paper filed in connection with an action. 15 U.S.C. § 1681o. Because of these fee-shifting provisions, and the significant expenses that both sides will undoubtedly incur in complying with the remaining deadlines in the Court's Uniform Scheduling Order, as amended, the parties jointly move the Court to refer this case to mediation *and* to continue all pending deadlines, including the trial setting, for a period of thirty (30) days. The purpose for the stay would be to permit the parties to schedule and participate in the mediation. The undersigned is authorized to represent to the Court that both parties believe the prospect of

settling this action would be increased if the parties were not required to incur additional litigation expense while they mediate.

_____
James D. Patterson
Attorney for Plaintiff

LAW OFFICES OF EARL P. UNDERWOOD
21 South Section Street
Post Office Box 969
Fairhope, Alabama 36533
Telephone: (251) 990-5558
Facsimile: (251) 990-0626

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of November, 2006, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

W. Lee Elebash
James P. Pewitt
Johnston Barton Proctor & Powell
1901 Sixth Ave. North
Birmingham AL 35203-2618

James D. Patterson
Earl P. Underwood, Jr.