IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRELL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv139-WHA |
| ) | |
| USIS COMMERCIAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case is before the court on the Joint Motion for Stay Pending Mediation (Doc. #32), filed by counsel for the Plaintiff on November 22, 2006. The motion requests the court to refer this case to mediation and to continue all pending deadlines, including the trial setting, for a period of 30 days.

The court does not have a trial term 30 days after the scheduled date of March 26, 2007. The next available trial term for this case would be the term commencing Tuesday, July 17, 2007, with a pretrial to be held on May 30, 2007. As to mediation, the Middle District of Alabama has suspended the referral of cases to magistrate judges for mediation until after existing magistrate judge vacancies have been filled. *See Notice Concerning Temporary Suspension of Magistrate Judge Mediation* on the court's web page, www.almd.uscourts.gov. The court does not have a program of referral to outside mediators, but encourages litigants to seek private mediators at their own expense.

The court is willing to move the trial of this case to the July 17, 2007 term to allow mediation with a mediator of the parties' choosing, which would not be through the court, if both

parties wish to do so.  If they do, counsel are DIRECTED to file an Amended Report of Parties Planning Meeting **no later than December 12, 2006**, requesting any changes which they wish to make in deadlines set out in the Uniform Scheduling Order (Doc. #7) entered on March 29, 2006, consistent with such new trial date, and to proceed promptly with private mediation.

      DONE this 28th day of November, 2006.

                /s/ W. Harold Albritton
                W. HAROLD ALBRITTON
                SENIOR UNITED STATES DISTRICT JUDGE