# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **TERRELL JONES** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**U.S. INVESTIGATIONS SERVICES,** )<br>**L.P. d/b/a USIS** )<br>)<br>    **Defendant.** ) | Case No: 2:06-CV-139-WHA |

## AMENDED REPORT OF THE PARTIES' PLANNING MEETING

The parties, having agreed to pursue mediation at their own expense, and in accordance with the Court's Order of November 28, 2006, propose the following amendments to the Uniform Scheduling Order entered on March 29, 2006:

**Section 1:** The parties propose a **pre-trial hearing on May 30, 2007** and **trial during the term of court commencing on July 17, 2007.**

**Section 7:** The parties propose that all discovery be commenced in time to be completed **on or before May 18, 2007.**

**Section 8:** The defendant will make disclosures pursuant to Section 8 of the Uniform Scheduling Order **on or before February 2, 2007.**

**Section 9:** The parties will make disclosures pursuant to Section 9 of the Uniform Scheduling Order **on or before June 13, 2007.**

**Section 10:** The parties shall, pursuant to Section 10 of the Uniform Scheduling Order, identify any part of a deposition that a party expects to use at trial **on or before June 13, 2007.** Except to the extent written objections are served and filed **on or before June 27, 2007,** each

party shall be deemed to have agreed that one of the conditions for admissibility under Rule 32 of the Federal Rules of Civil Procedure is satisfied with respect to any such deposition and that there is no objection to the testimony so designated. Section 10 of the Uniform Scheduling Order is otherwise unchanged.

**Section 11:** The parties shall, pursuant to the provisions of Rule 26(a)(3) of the Federal Rules of Civil Procedure, furnish opposing counsel for copying and inspection all exhibits or tangible evidence to be used at trial **on or before June 13, 2007**, and proffering counsel shall have such evidence marked for identification prior to trial. Except to the extent written objections are served and filed **no later than June 27, 2007,** the evidence shall be deemed genuine and admissible in evidence. Section 11 of the Uniform Scheduling Order is otherwise unchanged.

Respectfully submitted,

/s/ James P. Pewitt_____
James P. Pewitt (ASB-7642-P62J)
Johnston Barton Proctor & Powell
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: 205 458-9400
Attorney for Defendant
U.S. Investigation Services, Inc.
d/b/a USIS


/s/ James D. Patterson_____
James D. Patterson
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36533
Telephone: 251 990-5558
Attorney for Plaintiff Terrell Jones

W0582756.DOC

2