IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRELL JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv139-WHA |
| | ) |
| U. S. INVESTIGATIONS SERVICES, L.P., | ) |
| d/b/a USIS, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Pursuant to the Amended Report of Parties Planning Meeting (Doc. #34), filed by the parties on December 6, 2006, trial of this case is CONTINUED to the term of court commencing July 17, 2007, the pretrial hearing is CONTINUED to May 30, 2007, at a time to be set by later order, and it is hereby

ORDERED that the Uniform Scheduling Order previously entered in this case is AMENDED to the extent set out in the Amended Report of the Parties Planning Meeting.

DONE this 11th day of December, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE