## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TERRELL JONES | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No: 2:06-CV-139-WHA** |
| | ) | |
| USIS COMMERCIAL SERVICES, INC. | ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT STIPULATION OF DISMISSAL

The parties, having reached a settlement evidenced by a separate agreement,

hereby stipulate to the dismissal of this action with prejudice and with costs taxed as paid.


/s/ James D. Patterson
Earl P. Underwood, Jr. (UNDEE6591)
James D. Patterson (PATJ6485)

Attorneys for Plaintiff Terrell Jones

**LAW OFFICES OF**
**EARL P. UNDERWOOD, JR.**
21 South Section Street
Fairhope, Alabama 36533
Telephone: 251 990-5558

    **OF COUNSEL**

/s/ James P. Pewitt
James P. Pewitt (ASB-7642-P62J)
W. Lee Elebash (ASB-8933-L49E)

Attorneys for Defendant
USIS Commercial Services, Inc.


**JOHNSTON BARTON**
**PROCTOR & ROSE LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

**OF COUNSEL**

**<u>CERTIFICATE OF SERVICE</u>**

        I hereby certify that on the 20th day of February 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

    Jim S. Calton, Jr., Esq.
    CALTON & CALTON
    226 East Broad Street
    Eufaula, Alabama 36027


                      /s/ W. Lee Elebash
                      OF COUNSEL

W0592615.DOC