IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRELL JONES, | ) |
|        Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv139-WHA |
| USIS COMMERCIAL SERVICES, INC., | ) |
|        Defendant. | ) |

## ORDER

Upon consideration of the Joint Stipulation of Dismissal (Doc. #36), filed on February 20, 2007, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice, costs taxed as paid.

DONE this 20th day of February, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE